# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches©,
Plaintiff

v.

THEODORE JOHN KACZYNSKI,
DEFENDANT

2:07-CV-1985 MCE KJM PC
CIVIL NO

**FILED**
SEP 24 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## Complaint
## "UNABOMBING MY LIFE"
## "TRO TEMPORARY RESTRAINING ORDER"

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable Court to issue a TRO Restraining order against Defendant, his Manuscript, and his Log Cabin. Plaintiff prays this Honorable Court for relief.

### 1

The Defendant has been sending me Electro magnetic encrypted threats to me through Global solar flares on 9-17-07. Defendant has always had problems with me since I backed out of buying his Montana cabin in 1993.

### 2

Defendant told me he wants to Unabomb my life because I won't return his Manuscript that the Washington post gave to me April 20, 2004. Inside his manuscript hass secret letter regarding Jurisdiction in the Federal Courts that Defendant wants back.

Title 18 of the criminal code (Public Law 80-772) is unconstitutional. The clerk of the House of Representatives, Jeff Trandahl, refused to sign letters in response to requests for information. Finally, a letter was recieved from the clerk of the House, Trandahl, in which he

admitted that Public Law 80-772 was passed by the House in 1947, but was never voted on again by the House in 1948 (Even though the Senate amended it in 1948). Therefore, a <u>different bill</u> passed the house in 1947 than passed the senate in 1948, rendering it <u>unconstitutional</u> and <u>void</u>. Further research showed approximately 9 constitutional flaws in the bill, any one of which rendered it void. When any form of the Argument was presented to the <u>district courts</u>, they tried to dodge the Issue or deferred it to a Magistrate (who has no constitutional Authority) to avoid it.

It appears that the issue of the validity of Title 18 of the criminal code and 18 USC 3231 is still in question.

Why is the <u>unaBomber</u> after this? I compel this court to know if the 18 USC 3231 is unconstitutional.

### 3

On Thursday 9-13-07, defendant is rounding up all the Ted's in the world to hurt me. Ted Kennedy, Ted Bundy, Ted Turner, Bill and Ted, Ted Nugent, Teddy Bears, Teddy Rumpskin. All notorious Ted's are outside the FCI Williamsburg property waiting for my Autopsy and to draw blood for the united way.

### Restraining order

Plaintiff is afraid of Ted. Ted is a mysterious guy with magical powers and skeleton keys, I'm shaking. His face is scary. He has a evil look in his eye and beard. Plaintiff moves to block the bureau of Prisons from transferring ted Kaczynski to FCI Williamsburg. Plaintiff prays for relief

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

Respectfully
submitted

Jonathan Lee Riches©
1-308