IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

    Plaintiff,                    No. CIV S-07-1985 MCE KJM P

    vs.

THEODORE JOHN KACZYNSKI,

    Defendant.                <u>ORDER</u>

_____/

        Plaintiff filed a document in this matter on January 13, 2009. This civil rights action was closed on December 19, 2007. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: January 29, 2009.

_____
U.S. MAGISTRATE JUDGE

/md
rich1985.58